BRANDIE N. CHARLES, Bar No. 188892
bcharles@littler.com
MAGGY M. ATHANASIOUS, Bar No. 252137
mathanasious@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
BODYCOTE THERMAL PROCESSING, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ, an individual,<br><br>             Plaintiff,<br><br>v.<br><br>BODYCOTE THERMAL PROCESSING, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>             Defendant. | Case No.  CV12-1797 CAS (PLAx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE CHRISTINA A. SNYDER<br><br>**ORDER REMANDING MATTER TO STATE COURT**<br><br>Trial Date: None Set |

Plaintiff does not specify the amount of damages he seeks in this action. The amount in controversy, at this time, is speculative.

Accordingly, this matter is Ordered remanded to the state court from which it was removed, without prejudice to Defendant's right to seek removal at a later date when the amount in controversy in this matter becomes ascertainable.

**IT IS SO ORDERED**.

Dated: March 27, 2012_____

*/s/ Christina A. Snyder*

HON. CHRISTINA A. SNYDER
JUDGE OF THE UNITED STATES
DISTRICT COURT, CENTRAL
DISTRICT

1.